Alice M. DOWNARD,
Petitioner/Respondent,

v.

Russell V. DOWNARD,
Respondent/Appellant.

No. WD 34970.

Missouri Court of Appeals,
Western District.

Sept. 25, 1984.

Byron Neal Fox, Kansas City, for respondent/appellant.

Paden, Welch, Martin, Albano & Graeff, P.C., Robert C. Paden, Karen M. DeLuccie, John W. Dennis, Jr., Kansas City, for petitioner/respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from property division portions of a dissolution decree.

Judgment affirmed. Rule 84.16(b).